# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RODNEY NEAL ARNOLD**, | : | **CIVIL ACTION NO. 1:14-CV-0345** |
| **Plaintiff** | : | **Chief Judge Conner** |
| v. | : | |
| **PRISON HEALTH SERVICES**, *et al.*, | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 12th day of March, 2014, upon consideration of plaintiff's motion (Doc. 40) to amend his fourth amended complaint (Doc. 30), and it appearing that a brief in support of the motion has not been filed as of the date of this order, it is hereby ORDERED that:

1. Plaintiff's motion (Doc. 40) is deemed WITHDRAWN based on plaintiff's failure to comply with the rules of court established by United States Magistrate Judge Cynthia Reed Eddy, United States District Court for the Western District of Pennsylvania, requiring that all motions, except motions for an enlargement of time and for a continuance, be accompanied by a brief.[1]

2. The STAY imposed by United States Magistrate Judge Cynthia Reed Eddy, United States District Court for the Western District of Pennsylvania on October 25, 2013, is LIFTED.[2]

---

[1] This matter was transferred to this Court from the United States District Court for the Western District of Pennsylvania on February 24, 2014. Plaintiff's motion for leave to file an amended complaint was left to the discretion of the transferee court.

[2] The decision whether to lift the stay was also left to the discretion of the transferee court.

3. Plaintiff shall FILE a brief in opposition to defendants' motion (Doc. 34) to dismiss on or before March 28, 2014.  Failure to comply with this order will result in the motion being deemed unopposed.  <u>See</u> L.R. 7.6.

                                               /S/ CHRISTOPHER C. CONNER
                                               Christopher C. Conner, Chief Judge
                                               United States District Court
                                               Middle District of Pennsylvania