# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RODNEY NEAL ARNOLD,** | : | **CIVIL ACTION NO. 1:14-CV-0345** |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **PRISON HEALTH SERVICES,** *et al.*, | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 15th day of July, 2014, upon consideration of plaintiff's motion (Doc. 57) for a preliminary injunction, in which he seeks an order preventing defendants from providing to him any medical treatment, and the Supreme Court having stated that "a present, live controversy . . . must exist if we are to avoid advisory opinions on abstract propositions of law, " Hall v. Beals, 396 U.S. 45, 48 (1969), see Burkey v. Marberry, 556 F.3d 142, 147 (3d Cir. 2009) (recognizing that federal courts may adjudicate "only actual, ongoing cases or controversies") (quoting Lewis v. Continental Bank Corp., 494 U.S. 472, 477 (1990)), and if developments occur during the course of adjudication that prevent a court from being able to grant effective relief, the matter must be dismissed as moot, Blanciak v. Allegheny Ludlum Corp., 77 F.3d 690, 698–99 (3d Cir.1996), and it appearing that Werner Eye Associates last treated plaintiff on November 9, 2012, and has not attempted to schedule any additional treatment, and that on March 31, 2014, Pennsylvania Retina Associates terminated plaintiff' as a patient (Doc. 60-1, at 2), and on July 3, 2013, plaintiff signed papers refusing any and all medical

treatment by Pennsylvania Retina Associates and that all future appointments were cancelled (Id. at 1), and therefore, there is no longer a live controversy with respect to defendants providing medical treatment to plaintiff, and the court is prevented from granting effective relief, it is hereby ORDERED that the motion (Doc. 57) is DENIED as moot.

                                              /S/ CHRISTOPHER C. CONNER
                                              Christopher C. Conner, Chief Judge
                                              United States District Court
                                              Middle District of Pennsylvania