# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RODNEY NEAL ARNOLD,** | : | **CIVIL ACTION NO. 1:14-CV-0345** |
| **Plaintiff** | : | **Chief Judge Conner** |
| v. | : | |
| **PRISON HEALTH SERVICES,** *et al.*, | : | |
| **Defendants** | : | |

# **ORDER**

AND NOW, this 22nd day of September, 2014, upon consideration of defendants' motions (Docs. 34, 50) to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), and in accordance with the court's memorandum of the same date, it is hereby ORDERED that:

1. The motions (Docs. 34, 50) are granted in part and denied in part as follows:

    a. The motion is GRANTED as to plaintiff's Fourteenth Amendment claims. The Fourteenth Amendment claims are DISMISSED in their entirety.

    b. The motion is DENIED with respect to plaintiff's Eighth Amendment claims.

2. Defendants shall FILE an answer or appropriate pretrial motion addressing plaintiff's Eighth Amendment claim on or before October 17, 2014.

        /S/ CHRISTOPHER C. CONNER
        Christopher C. Conner, Chief Judge
        United States District Court
        Middle District of Pennsylvania