IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RODNEY NEAL ARNOLD,** | : | CIVIL NO. 1:14-CV-345 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **PRISON HEALTH SERVICES,** *et al.*, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 11th day of March, 2016, upon consideration of defendants' motions (Docs. 80, 83) for summary judgment pursuant to Federal Rule of Civil Procedure 56, and in accordance with the court's memorandum of the same date, it is hereby ORDERED that:

1. Defendants' motions (Docs. 80, 83) are GRANTED and the Clerk of Court is directed to ENTER judgment in favor of defendants and against plaintiff.

2. The Clerk of Court is directed to CLOSE this case.

3. Any appeal from this order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania